UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| LAURIE C. BREEN and PATRICK BREEN, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-57 |
| | ) | |
| v. | ) | |
| | ) | STATEMENT OF INTEREST OF LEE |
| LEE COUNTY BANK AND TRUST, N.A.; | ) | COUNTY BANK AND TRUST, N.A.; |
| ALLEN KLOESS; and KAY SPIELER, | ) | |
| | ) | |
| Defendants. | ) | |

As required by LR 3.2 and LR 81.1(c), (d), and (e), Lee County Bank and Trust, N.A., Defendant in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:*

Lee Capital Corp. is the holding company for Lee County Bank and Trust, N.A.
Lee County Realty is a subsidiary of Lee County Bank and Trust, N.A.

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

None

Date:   7/10/06                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 */s/  Kelly R. Baier*
　　　　　　　　　　　　　　　　　　　　　　　KELLY R. BAIER (#LI0000159)
　　　　　　　　　　　　　　　　　　　　　　　　　　of
　　　　　　　　　　　　　　　　　　　　　　　BRADLEY & RILEY PC
　　　　　　　　　　　　　　　　　　　　　　　2007 First Avenue, SE
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2804
　　　　　　　　　　　　　　　　　　　　　　　Cedar Rapids, IA  52406-2804
　　　　　　　　　　　　　　　　　　　　　　　Phone: (319) 363-0101
　　　　　　　　　　　　　　　　　　　　　　　Fax:    (319) 363-9824
　　　　　　　　　　　　　　　　　　　　　　　Email: kbaier@bradleyriley.com

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT,
　　　　　　　　　　　　　　　　　　　　　　　LEE COUNTY BANK AND TRUST, N.A.

Copy to:

Ms. Marlita Greve
O'Brien & Greve, P.L.C.
2322 East Kimberly Road, Suite 100E
Davenport, IA 52807

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this **10th** day of **July**, **2006**. I declare under penalty of perjury that the foregoing is true and correct.

                          /s/ Peggy M. Kuennen